UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA M. BLANQUET,      )<br>                           )<br>           Plaintiff, )<br>                           )<br>      v.                   )<br>                           )<br>JO ANNE B. BARNHART,       )<br>Commissioner of Social    )<br>Security,                  )<br>                           )<br>           Defendant.      )<br>_____) | Case No. EDCV 05-479-JTL<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: June 29, 2006                         /s/
                                      JENNIFER T. LUM
                                      UNITED STATES MAGISTRATE JUDGE